UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 3:09cr51 (SRU) |
| HOPETON WIGGAN | |

**PROTECTIVE ORDER REGARDING**
**GOVERNMENT'S DISCLOSURE OF PERSONNEL RECORDS**

In accordance with Rule 16(d)(1) of the Federal Rules of Criminal Procedure, this Court finds that a protective order governing the terms and conditions of the production of certain New Haven Police Department personnel records, is merited.

IT IS HEREBY ORDERED:

1. Counsel for the defendant shall not copy or duplicate in any manner the materials provided by the Government.

2. Counsel for the defendant shall retain sole custody of the materials provided by the Government.

3. Counsel for the defendant shall not show the materials provided by the Government to anyone other than the defendant and other necessary personnel in the Office of the Federal Defender.

4. Counsel for the defendant shall not discuss the substance of the materials provided by the Government with anyone other than the defendant and other necessary personnel in the Office of the Federal Defender.

5. Counsel for the defendant shall return the materials to the Government at the

conclusion of the proceedings before this Court.

   IT IS SO ORDERED at Bridgeport, Connecticut, this 16th day of October, 2009.


             /s/ Stefan R. Underhill
              Stefan R. Underhill
              United States District Judge